UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE<br><br>UNITED HEATING AND AIR CONDITIONING, L.L.C.<br><br>DEBTOR | CASE NO. 19-01006<br><br>**AMENDED SCHEDULES A, B, G, and H** |

COMES NOW the Debtor and enters the attached Amended Schedule A, B, G, and H

   /s/ Kenneth J. Weiland Jr. _____
Kenneth J. Weiland, Jr., AT0008291
WEILAND LAW FIRM, P.C.
1414 12th Street
Suite A
Des Moines, IA  50314
PH: (515) 419-1626
Email: weilandlaw@yahoo.com

ATTORNEY FOR DEBTOR

Certificate of service

I hereby certify that on June 18, 2019, I filed the foregoing and attached document electronically in the United States Bankruptcy Court for the Southern District of Iowa.  This document was served electronically to all parties registered with the Bankruptcy Court to receive CM/ECF email service in this case.

/s/ Kenneth J. Weiland Jr._____

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **United Heating and Air Conditioning LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF IOWA |
| Case number (if known) | **19-01006** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   | | | | | |
   |---|---|---|---|---|
   | 3.1. | Charter Bank | Checking Account | 3613 | $17,882.14 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $17,882.14
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | **Unknown** |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **United Heating and Air Conditioning LLC** | Case number *(If known)* **19-01006** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture** **General Office Furniture: tables, desks, chairs, filing cabinets, etc.** | $6,600.00 | Tax records | $6,600.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **General Office Equipment: Computers, Software, Television, Refrigerators, etc.** | $9,250.00 | Tax records | $9,250.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | **$15,850.00** |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

| Debtor | **United Heating and Air Conditioning LLC** | Case number *(If known)* **19-01006** |
|---|---|---|
| | Name | |

☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2007 Ford Econoline** | $6,536.00 | Tax records | $6,536.00 |
| 47.2. | **2008 Chevrolet Express** | $8,000.00 | Tax records | $8,000.00 |
| 47.3. | **2008 Ford E350** | $10,800.00 | Tax records | $10,800.00 |
| 47.4. | **2004 Chevrolet Silverado** | $11,915.00 | Tax records | $11,915.00 |
| 47.5. | **2005 Ford Econoline** | $2,500.00 | Tax records | $2,500.00 |
| 47.6. | **2015 Chevrolet Silverado** | $0.00 | Tax records | $65,387.00 |
| 47.7. | **2004 Ford Econoline** | $2,000.00 | Tax records | $2,000.00 |
| 47.8. | **1999 Chevrolet Silverado** | $1,400.00 | Tax records | $1,400.00 |
| 47.9. | **2003 Chevrolet Express** | $1,300.00 | Tax records | $1,300.00 |
| 47.10. | **Flatbed Trailer** | $3,800.00 | Tax records | $3,800.00 |
| 47.11. | **Trailer 12 Foot** | $1,200.00 | Tax records | $1,200.00 |
| 47.12. | **Trailer** | $300.00 | Tax records | $300.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Scissor Lift** | $7,000.00 | Tax records | $7,000.00 |

| Debtor | **United Heating and Air Conditioning LLC** | | Case number *(If known)* **19-01006** | |
|---|---|---|---|---|
| | Name | | | |

| | **Lawn Tractor** | $450.00 | Tax records | $450.00 |
|---|---|---|---|---|
| | **General Tools and Equipment** | $84,900.00 | Tax records | $84,900.00 |

51. **Total of Part 8.**  $207,488.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **United Heating and Air Conditioning LLC** | Case number *(If known)* **19-01006** |
|---|---|---|
| | Name | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,882.14 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,850.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $207,488.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $241,220.14      + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $241,220.14 |

**Fill in this information to identify the case:**

Debtor name: **United Heating and Air Conditioning LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known): **19-01006**

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Self Storage Unit used for storage and as a workshop** | |
| | State the term remaining | **Month to Month** | **Aurora Self Storage Complex**<br>**3145 NW 82nd Avenue**<br>**Ankeny, IA 50023** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Office Space leased to LLC by owner of LLC** | |
| | State the term remaining | **Month To Month** | **Dustin and Kim Wipf**<br>**8357 NW 28th Street**<br>**Ankeny, IA 50023** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **United Heating and Air Conditioning LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA

Case number (if known): **19-01006**

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**           *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Dustin Wipf** | **8357 NW 28th Street Ankeny, IA 50023** | **Ally Financial** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Dustin Wipf** | **8357 NW 28th Street Ankeny, IA 50023** | **Great Southern Bank** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Dustin Wipf** | **8357 NW 28th Street Ankeny, IA 50023** | **Plumb Supply** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.4 | **Dustin Wipf** | **8357 NW 28th Street Ankeny, IA 50023** | **WSM Industries** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |